O. D. Obert et al., Appellees, v. W. C. Wentz, Appellant.

Filed October 2, 1894. No. 5578.

</div>

**Review:** FAILURE TO FILE BRIEF: AFFIRMANCE. The appellant filed no brief in this case, and as the pleadings support the decree rendered, the judgment of the district court is affirmed without further examination of the record.

APPEAL from the district court of Hamilton county. Heard below before WHEELER, J.

*Hainer & Smith,* for appellant.

*Howard M. Kellogg, contra.*

RAGAN, C.

This is an appeal from the district court of Hamilton county. The appellant has filed no brief in the case, and the pleadings support the decree rendered by the district court. Its judgment is therefore

<div align="right">AFFIRMED.</div>